ASCENT LAW, PC
Dora V. Lane (SBN 8424)
dora@ascent-employmentlaw.com
5470 Kietzke Lane, Suite 300
Reno, NV 89511
Telephone: (775) 671-6171

SEYFARTH SHAW LLP
Elody C. Tignor (SBN 15663)
etignor@seyfarth.com
233 South Wacker Drive, Suite 8000
Chicago, Illinois 60606
Telephone:    (312) 460-5000
Facsimile:    (312) 460-7000

*Counsel for Defendant*
*Breakthru Beverage Nevada, LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GIANNA BOCCIA,<br><br>    Plaintiff,<br><br>  v.<br><br>BREAKTHRU BEVERAGE NEVADA, LLC,<br><br>    Defendant. | Case No. 3:26-cv-00254-ART-CSD<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE AN ANSWER TO PLAINTIFF'S COMPLAINT**<br><br>**(FIRST REQUEST)** |

Pursuant to Local Rule 7-1, Defendant Breakthru Beverage Nevada, LLC ("Defendant"), and Plaintiff Gianna Boccia ("Plaintiff") (collectively, with the Defendant, the "Parties"), respectfully state as follows:

The Parties agree to an extension of time for which Defendants to Answer the Complaint, up to and through May 19, 2026. The reason for this extension request is to provide Defendant sufficient time in which to investigate and respond to the Complaint.

///

///

///

325630977v.1

This is the first stipulation for extension of time for Defendant to respond to Plaintiff's Complaint.

IT IS SO STIPULATED.

DATED:  May 5, 2026

Respectfully submitted,

Respectfully submitted,

SEYFARTH SHAW LLP

By: _/s/ Sean McDowell (with permission)_
    Sean McDowell
    *Counsel for Plaintiff*
    *Gianna Boccia*

By: _/s/ Elody C. Tignor_
    Elody C. Tignor
    *Counsel for Defendant*
    *Breakthru Beverage Nevada, LLC*

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: May 5, 2026

2

PROOF OF SERVICE

325630977v.1