**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

GIANNA BOCCIA,

Plaintiff,

vs.

BREAKTHRU BEVERAGE NEVADA, LLC,

Defendants.

Case No.: 3:26-cv-00254-ART-CSD

**ORDER GRANTING**

**STIPULATION TO DISMISS WITH PREJUDICE**

IT IS HEREBY STIPULATED by and between Plaintiff, GIANNA BOCCIA, and Defendant, BREAKTHRU BEVERAGE NEVADA, LLC, by and through their respective counsel of record, that pursuant to F.R.C.P. 41(a)(1), Plaintiff's claims in the above-referenced action are hereby dismissed with prejudice, each party to bear its own attorneys' fees and costs.

Dated this 22nd day of October, 2026.
MARK MAUSERT LAW OFFICE

*/s/ Mark Mausert*
MARK MAUSERT
SEAN McDOWELL
729 Evans Avenue
Reno, Nevada 89512

*Attorneys for Plaintiff*

Dated this 22nd day of October, 2026.
SEYFARTH SHAW LLP

*/s/ Thomas Horan*
THOMAS HORAN
ELODY C. TIGNOR
*Admitted Pro Hac Vice*
233 South Wacker Drive, Suite 8000
Chicago, Illinois 60606

ASCENT LAW, PC
DORA V. LANE

5470 Kietzke Lane, Suite 300
Reno, Nevada 89511

*Attorneys for Defendant*

**IT IS SO ORDERED.**

Dated this 23rd day of October, 2026.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE